13C01-1806-CT-000004
Crawford Circuit Court
Filed: 6/28/2018 11:00 AM
Clerk
Crawford County, Indiana

**STATE OF INDIANA**
**CRAWFORD COUNTY**

**KATHI PLASKETT,**
**PLAINTIFF**

**VS.** **CASE:**

**WILLIAM BREEDING, IN HIS CAPACITY AS DEPUTY SHERIFF FOR THE CRAWFORD COUNTY SHERIFF AND THE CRAWFORD COUNTY SHERIFF AND CRAWFORD COUNTY, INDIANA,**
**DEFEDANTS**

## COMPLAINT FOR DAMAGES AND REQUEST FOR JURY TRIAL

1. This Court has subject matter jurisdiction of the 42 U.S.C. Section 1983 claims alleging violations of the Fourth, Fifth, Eighth and Fourteenth Amendment rights provided by the United States Constitution inasmuch as these acts took place in Crawford County, Indiana.

2. This Court has subject matter jurisdiction of those Indiana State Constitutional claims as well as those claims in negligence and tort.

## STATEMENT OF PARTIES

1. The Plaintiff, Kathi Plaskett, is a resident of Crawford County, the State of Indiana.

2. The Defendant, William Breeding (hereinafter "Breeding") is a duly sworn Crawford County Sheriff's Deputy and is employed by the Crawford Count Sheriff's Department.

3. The Defendant, Crawford County Sheriff's Department are located in English, Crawford County, Indiana.

## STATEMENT OF COMMON FACTS

1. On June 28, 2016 at approximately 3:12 a.m. the claimant, Kathi Plaskett (hereinafter "Kathi"), was a guest at a property located at 405 West Spring Street in Marengo, Crawford County, Indiana.

2. On that same date the Crawford County 911 was contacted by "a caller" and informed that the caller had been assaulted.

3. Crawford County Sheriff's Deputy, William Breeding (hereinafter "Breeding"), was dispatched to the address where he found Kathi. Kathi's face was red and swollen however, she would not tell Breeding who had assaulted her.

4. Kathi's pants were on inside out and her speech was "nearly incomprehensible" due to her high level of intoxication.

5. The owner of the residence (Donald Jenkins) informed Breeding that he did not want Kathi to remain on his property.

6. Breeding ordered Kathi off the property and she became loud and verbally combative and refused to leave the property.

7. Breeding placed Kathi under arrest for Criminal Trespass. He placed her in handcuffs and transported her to the Crawford County Jail.

8. While handcuffed and being booked into the jail Kathi spat at Breeding.

9. Breeding responded by knocking Kathi to the ground, grinding her face into the concrete floor and laying on top of her grinding his knees into her back and face.

10. Breeding and other unidentified officers continued to physically abuse Kathi while she was handcuffed laying on the ground. Kathi did not resist inasmuch as she was handcuffed and Breeding was physically laying on top of her. Moreover, Kathi appears to have lost consciousness during the physical abuse and beating.

11. Kathi was severely injured about her face, head and eyes. Kathi informed the Government of her injuries and her injuries were readily visible.

12. The Government denied Kathi's request for medical treatment.

13. Kathi was incarcerated for nearly four (4) months during which time she was not provided adequate medical care and treatment for her injuries.

14. Kathi was ultimately released on bond and was able to seek medical treatment and care for her injuries.

## STATEMENT OF CLAIMS

### COUNT I- VIOLATIONS OF 42 U.S.C. SECTION 1983

1. Kathi re-alleges each and every allegation contained in the proceeding paragraphs.

2. Pursuant to 42 U.S.C. Section 1983 , persons deprived of federal constitutional rights may bring a private action for damages against individual officers and units of local government.

3. In order to prove a claim under 42 U.S.C §1983, a plaintiff must demonstrate that (1) the defendant deprived him of a right secured by the constitution or any law of the United States; and (2) the deprivation of that right resulted from the defendant acting under color of law.

4. Defendant, Officer Breeding and other unidentified Crawford County Sheriff's officers violated Plaintiffs' Fourth Amendment Right to be free from the use of excessive force, and her rights to both procedural and substantive Due Process under the Fourteenth Amendment, all under color of law, by taking her into custody in their capacity as police officers and then proceeding to use excessive force which rendered Kathi unconscious and resulted in physical injury, mental anguish and financial loss.

5. Defendants, the Crawford County Sheriff and Crawford County, Indiana, by and through its employees, violated Plaintiff's Fourth Amendment Right to be free from the use of excessive force, and her rights to both procedural and substantive Due Process under the Fourteenth Amendment, all under color of law, by taking Kathi into custody and then proceeding to use excessive force which rendered Kathi unconscious and resulted in physical injury, mental anguish and financial loss.

6. The Crawford County Sheriff, and Crawford County, Indiana failed to properly train and/or have proper policies in place for the direction of its employees in these duties.

WHEREFORE, Plaintiff, Kathi Plaskett, by counsel, pray for judgment against Defendants for an amount to be determined at the time of trial, pre-judgment interest, statutory interest from the date of judgment, attorney fees, costs of this action and for all other just and proper relief.

## *COUNT II- BATTERY*

1. Kathi re-alleges each and every allegation contained in the preceding paragraphs of this Complaint with the same force and effect as if set forth herein.

2. On July 28, 2016, defendant, Officer Breeding and other unidentified Crawford County Sheriff's Deputies knowingly and intentionally struck the plaintiff in a rude, insolent, and angry manner.

3. Defendants physically struck the plaintiff multiple times at the premises of the Crawford County Jail in Crawford County, Indiana.

4. As a result of the battery the Plainitff, Kathi Plaskett, was in and out of consciousness and suffered bodily harm, mental anguish and financial loss.

5. As a result of the battery committed upon Plaintiff, by the Defendants, Plaintiff was damaged, including but not limited to having incurred expenses for medical treatment and hospital expenses, lost wages and emotional distress.

**WHEREFORE**, Plaintiff, Kathi Plaskett, by counsel, pray for judgment against Defendants for an amount to be determined at the time of trial, pre-judgment interest, statutory interest from the date of judgment, attorney fees, costs of this action, and for all other just and proper relief.

## *COUNT III- Negligence*

1. Plaskett re-alleges each and every allegation contained in the preceding paragraphs of this Complaint with the same force and effect as if set forth herein.

2. The defendants, Crawford County Sheriff and Crawford County, Indiana negligently, carelessly and/or recklessly trained and supervised the Officers of its law enforcement agency, the Crawford County Sheriff's Department, while they were currently employed by the Defendant's agency.

3. As a direct and proximate result of the negligence, carelessness and/or recklessness of the Defendant, Crawford County Sheriff and Crawford County, as herein above set forth, the Plaintiff was damaged, said damages including but not limited to having been caused to suffer and endure bodily harm, mental anguish and financial loss. The plaintiff is entitled to fair monetary value including but not limited to compensation for medical expenses, lost wages, and mental distress.

WHEREFORE, Plaintiff, Kathi Plaskett, by counsel, pray for judgment against Defendants for an amount to be determined at the time of trial, pre-judgment interest, statutory interest from the date of judgment, attorney fees, costs of this action, and for all other just and proper relief.

## COUNT IV- EIGHTH AMENDMENT CLAIM

1. Plaskett re-alleges each and every allegation contained in the preceding paragraphs of this Complaint with the same force and effect as if set forth herein.

2. Kathi was severely injured about her face, head and eyes. Kathi informed the Government of her injuries and her injuries were readily visible.

3. The Government denied Kathi's request for medical treatment.

4. Kathi was incarcerated for nearly four (4) months during which time she was not provided adequate medical care and treatment for her injuries.

5. Kathi was ultimately released on bond and was able to seek medical treatment and care for her injuries.

6. As a direct and proximate result of her physical assault and beating Kathi suffered from a severe eye injury that has resulted in permanent injuries such that she has impaired vision and the likelihood of the total loss of vision.

7. Breeding, acting in the course of his employment as a member of the Crawford County Sheriff's Department, engaged in conduct which constituted excessive force as defined by Indiana Law, Federal Law and Indiana and Federal courts.

8. The Crawford County Sheriff, acting in his capacity as Sheriff, failed and refused to provide Kathi with reasonable medical treatment the refusal of which resulted in Kathi suffering severe physical injuries and loss of vision.

9. The Crawford County Sheriff's actions violated the 8th Amendment of the United States Constitution inasmuch as the failure and refusal to provide medical care constitutes "cruel and unusual punishment" as defined by the Federal law. *In re Kemmler*, 136 U.S. 436, 10 S. Ct. 930, 34 L. Ed. 519 [1890]); *Hudson v. McMillian*, 503 U.S. 1, 112 S. Ct. 995, 117 L. Ed. 2d 156 (1992), et. seq.

10. The Crawford County Sheriff's actions violated Article 15 of the Indiana Constitution inasmuch as Kathi was treated with unnecessary rigor and force while being taken into custody and detained by the Government.

11. The Crawford County Sheriff's actions violated Article 16 of the Indiana Constitution inasmuch as the Government inflicted cruel and unusual punishment upon Kathi by physically assaulting her and refusing to provide her with reasonable medical care after the use of excessive force.

12. Breeding's actions violated Article 15 of the Indiana Constitution inasmuch as Kathi was treated with unnecessary rigor and force while being taken into custody and detained by the Government.

13. Breeding's actions violated Article 16 of the Indiana Constitution inasmuch as Kathi the Government inflicted cruel and unusual punishment upon her by physically assaulting her and refusing to provide her with reasonable medical care after the use of excessive force.

14. Breedings' actions violated the 8th Amendment of the United States Constitution inasmuch as the failure and refusal to provide medical care constitutes "cruel and unusual punishment" as defined by the Federal law. *In re Kemmler*, 136 U.S. 436, 10 S. Ct. 930, 34 L. Ed. 519 [1890]); *Hudson v. McMillian*, 503 U.S. 1, 112 S. Ct. 995, 117 L. Ed. 2d 156 (1992), et. seq.

**WHEREFORE**, Plaintiff, Kathi Plaskett, by counsel, pray for judgment against Defendants for an amount to be determined at the time of trial, pre-judgment interest,

statutory interest from the date of judgment, attorney fees, costs of this action, and for all other just and proper relief.

## PRAYER FOR RELIEF AND DEMAND FOR TRIAL BY JURY

WHEREFORE, the Plaintiff, Kathi Plaskett, prays for the following relief:

A. Trial by jury;
B. Judgment against Defendants for an amount to be determined a the time of trial;
C. Pre-judgment interest;
D. Statutory interest from the date of judgment;
E. Attorney fees and costs for this action;
F. Punitive damages; and
G. All other just and proper relief.

Prepared by:

Larry O. Wilder #11443-10
530 East Court Ave.
Jeffersonville, Indiana 47130
T: 812.288.6820 C: 502.930.4152
EM: larrywilder@me.com

Justin Mills #30036-53
PO Box 30
Marengo, Indiana 47140
T: 812.365-9999
EM: attorneyjustinmills@gmail.com

Kathi Plaskett, Plaintiff

13C01-1806-CT-000004
Crawford Circuit Court

Filed: 6/28/2018 11:00 AM
Clerk
Crawford County, Indiana

**STATE OF INDIANA**
**CRAWFORD COUNTY**

**KATHI PLASKETT,**
**PLAINTIFF**

**VS.** **CASE:**

**WILLIAM BREEDING, IN HIS CAPACITY AS DEPUTY SHERIFF FOR THE CRAWFORD COUNTY SHERIFF AND THE CRAWFORD COUNTY SHERIFF AND CRAWFORD COUNTY, INDIANA,**
**DEFENDANTS**

# SUMMONS

THE STATE OF INDIANA TO DEFENDANT: **Crawford County Commissioners**

c/o **Marcus Burgher, 104 Indiana Ave., English, IN 47118**

You have been sued by the person(s) named "plaintiff", in the Court stated above.

The nature of the suit against you is stated in the complaint which is attached to this summons. It also states the demand which the plaintiff has made against you.

You must answer the complaint in writing to be filed with the Court, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, (you have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the plaintiff has demanded.

If you deny the demand and/or have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

It is suggested that you consult with an attorney of your choice regarding this matter.

The following manner of service of summons is hereby designated: Certified Mail.

Dated: JUNE 28, 2018

**LARRY O. WILDER**
**Attorney for Plaintiff**
**530 East Court Avenue**
**Jeffersonville, IN 47130**
**(812) 288-6820**

Clerk of the Courts of Crawford County

CRAWFORD COUNTY
SEAL

Original summons for Clerk and copy If service is by mail, stamped addressed for each respondent to be prepared envelope with return receipt attached to be prepared by attorney.

## ***CLERK'S CERTIFICATE OF MAILING***

I hereby certify that on the________ day of _____________, 2018, I mailed a copy of this summons and a copy of the complaint to the Defendant, Crawford County Commissioners __, by **Certified** mail, requesting a return receipt, at the address furnished by the plaintiff.

Clerk of the Courts
Crawford County, Indiana

Dated:

## ***RETURN OF SERVICE OF SUMMONS BY MAIL***

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the copy of the complaint mailed to Respondent, , was accepted by the Respondent on the ___ day of __________, 2018.

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint was returned not accepted on the____ day of_____________, 2018.

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint mailed to Respondent , was accepted by _________________________ (Age)_____ on behalf of said Respondent on the ___ day of ____________, 2018.

______________________________
Clerk of the Courts
Crawford County, Indiana

13C01-1806-CT-000004
Crawford Circuit Court

Filed: 6/28/2018 11:00 AM
Clerk
Crawford County, Indiana

**STATE OF INDIANA**
**CRAWFORD COUNTY**

**KATHI PLASKETT,**
**PLAINTIFF**

**VS.** **CASE:**

**WILLIAM BREEDING, IN HIS CAPACITY AS DEPUTY SHERIFF FOR THE CRAWFORD COUNTY SHERIFF AND THE CRAWFORD COUNTY SHERIFF AND CRAWFORD COUNTY, INDIANA,**
**DEFENDANTS**

# SUMMONS

THE STATE OF INDIANA TO DEFENDANT: **Crawford County Sheriff**

ADDRESS**: 715 Judicial Plaza Drive, English, IN 47118**

You have been sued by the person(s) named "plaintiff", in the Court stated above.

The nature of the suit against you is stated in the complaint which is attached to this summons. It also states the demand which the plaintiff has made against you.

You must answer the complaint in writing to be filed with the Court, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, (you have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the plaintiff has demanded.

If you deny the demand and/or have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

It is suggested that you consult with an attorney of your choice regarding this matter.

The following manner of service of summons is hereby designated: Certified Mail.

Dated: JUNE 28, 2018

**LARRY O. WILDER**
**Attorney for Plaintiff**
**530 East Court Avenue**
**Jeffersonville, IN 47130**
**(812) 288-6820**

Clerk of the Courts of Crawford County

Original summons for Clerk and copy If service is by mail, stamped addressed for each respondent to be prepared envelope with return receipt attached to be prepared by attorney.

## ***CLERK'S CERTIFICATE OF MAILING***

I hereby certify that on the________ day of _____________, 2018, I mailed a copy of this summons and a copy of the complaint to the Defendant, Crawford County __, by **Certified** mail, requesting a return receipt, at the address furnished by the plaintiff.

Clerk of the Courts
Crawford County, Indiana

Dated:

## ***RETURN OF SERVICE OF SUMMONS BY MAIL***

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the copy of the complaint mailed to Respondent, , was accepted by the Respondent on the ___ day of __________, 2018.

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint was returned not accepted on the____ day of_____________, 2018.

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint mailed to Respondent , was accepted by _________________________ (Age)_____ on behalf of said Respondent on the ___ day of ____________, 2018.

_____________________________
Clerk of the Courts
Crawford County, Indiana

13C01-1806-CT-000004
Crawford Circuit Court

Filed: 6/28/2018 11:00 AM
Clerk
Crawford County, Indiana

STATE OF INDIANA
CRAWFORD COUNTY

KATHI PLASKETT,
PLAINTIFF

VS. CASE:

WILLIAM BREEDING, IN HIS CAPACITY AS DEPUTY SHERIFF FOR THE CRAWFORD COUNTY SHERIFF AND THE CRAWFORD COUNTY SHERIFF AND CRAWFORD COUNTY, INDIANA,
DEFENDANTS

# SUMMONS

THE STATE OF INDIANA TO DEFENDANT: **William Breeding, Deputy Sheriff**

ADDRESS**: 715 Judicial Plaza Drive, English, IN 47118**

You have been sued by the person(s) named "plaintiff", in the Court stated above.

The nature of the suit against you is stated in the complaint which is attached to this summons. It also states the demand which the plaintiff has made against you.

You must answer the complaint in writing to be filed with the Court, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, (you have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the plaintiff has demanded.

If you deny the demand and/or have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

It is suggested that you consult with an attorney of your choice regarding this matter.

The following manner of service of summons is hereby designated: Certified Mail.

Dated: JUNE 28, 2018

**LARRY O. WILDER**
**Attorney for Plaintiff**
**530 East Court Avenue**
**Jeffersonville, IN 47130**
**(812) 288-6820**

Edna Y. Brown
Clerk of the Courts of Crawford County

CRAWFORD COUNTY
SEAL
INDIANA

Original summons for Clerk and copy If service is by mail, stamped addressed for each respondent to be prepared envelope with return receipt attached to be prepared by attorney.

## ***CLERK'S CERTIFICATE OF MAILING***

I hereby certify that on the________ day of _____________, 2018, I mailed a copy of this summons and a copy of the complaint to the Defendant, William Breeding, Deputy Sheriff , by **Certified** mail, requesting a return receipt, at the address furnished by the plaintiff.

Clerk of the Courts
Crawford County, Indiana

Dated:

## ***RETURN OF SERVICE OF SUMMONS BY MAIL***

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the copy of the complaint mailed to Respondent, , was accepted by the Respondent on the ___ day of __________, 2018.

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint was returned not accepted on the____ day of_____________, 2018.

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint mailed to Respondent , was accepted by _________________________ (Age)_____ on behalf of said Respondent on the ___ day of ____________, 2018.

______________________________
Clerk of the Courts
Crawford County, Indiana